IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JAMES I. JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | No. 06-2124-KHV |
| MICHAEL J. ASTRUE,[1] ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## ORDER

James I. Jones appeals the final decision of the Commissioner of Social Security to deny disability insurance benefits and supplemental security income. On July 18, 2007, Magistrate Judge John Thomas Reid recommended that the Court enter judgment pursuant to the fourth sentence of 42 U.S.C. § 405(g) affirming the Commissioner's decision. See Report And Recommendation (Doc. #19). The deadline for written objections to the report and recommendation was August 1, 2007. The parties have not objected. The Court hereby adopts the Report And Recommendation (Doc. #19) in its entirety.

**IT IS THEREFORE ORDERED** that the Commissioner's decision be and hereby is **AFFIRMED**.

Dated this 2nd day of August, 2007 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge

---

[1] Michael J. Astrue became Commissioner of Social Security on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue is substituted for former Commissioner Jo Anne B. Barnhart as defendant in this suit.